William P. Keith, P.C. - Bar No. 270587
Manoah S. Marton - Bar No. 340887
KLEIN & WILSON LLP
4770 Von Karman Avenue
Newport Beach, California 92660
(949) 631-3300; Facsimile (949) 631-3703
wkeith@kleinandwilson.com
mmarton@kleinandwilson.com

Attorneys for Defendants Q TRADE INTERNATIONAL CORP., a Texas corporation;
Q TRADE INTERNATIONAL CORP., dba QTRADE TEAS & BOTANICALS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LAMILL COFFEE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Q TRADE INTERNATIONAL CORP., a Texas corporation; Q TRADE INTERNATIONAL CORP., dba QTRADE TEAS & BOTANICALS and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 2:26-cv-08026 MWC(BFMx)**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint Served: June 29, 2026**<br>**Removal Date: July 22, 2026**<br>**Current Response Date: July 29, 2026**<br>**New Response Date: August 14, 2026** |

Plaintiff Lamill Coffee, Inc. ("Plaintiff") and defendants Q Trade International Corp. and Q Trade International Corp., dba QTrade Teas & Botanicals (collectively "Defendants") stipulate as follows:

## RECITALS

1. On June 22, 2026, Plaintiff filed a complaint asserting causes of action for breach of contract, fraud, negligent misrepresentation, negligence, breach of express warranty, breach of implied warranty of merchantability, and violation of unfair competition law against Defendants in the Superior Court of the State of California, County of Los Angeles, Central District, captioned *Lamill Coffee, Inc., a California corporation v. Q Trade International Corp., a Texas corporation; Q Trade International*

1192440

1                2:26-cv-08026 MWC(BFMx)

*Corp., dba QTrade Teas & Botanicals and Does 1 through 10, inclusive,* case no. 26STCV19881 ("State Court Action").

2. Plaintiff served all Defendants with the summons and complaint on June 29, 2026.

3. Defendants removed the State Court Action to this court on July 22, 2026.

4. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendants' response to Plaintiff's complaint is currently due July 29, 2026.

## STIPULATION

The parties stipulate that Defendants' response deadline to Plaintiff's complaint is extended from July 29, 2026 to August 14, 2026.

Respectfully submitted,

KLEIN & WILSON LLP

Dated: July 28, 2026

By: /s/ *William P. Keith*
William P. Keith
Attorneys for Defendants Q Trade International Corp., also sued as Q Trade International Corp., dba Qtrade Teas & Botanicals

LEE ANAV CHUNG WHITE KIM RUGER & RICHTER LLP

Dated: July 28, 2026

By: /s/ *Jay J. Chung*
Jay J. Chung
Attorneys for Plaintiff Lamill Coffee, Inc.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

2:26-cv-08026 MWC(BFMx)

1192440

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the contents of this document and have authorized the filing.

Respectfully submitted,

KLEIN & WILSON LLP

Dated:  July 28, 2026

By: /s/ *William P. Keith*
     William P. Keith
Attorneys for Defendants Q Trade International Corp., also sued as Q Trade International Corp., dba Qtrade Teas & Botanicals

2:26-cv-08026 MWC(BFMx)

1192440

**CERTIFICATE OF SERVICE BY MAIL**
**(Declaration)**
**(Federal Rules of Civil Procedure 5(a)(1) & 5(b))**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 4770 Von Karman Avenue, Newport Beach, California 92660. My electronic service address is kstockton@kleinandwilson.com.

On **July 28, 2026,** I served the foregoing document described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested party in this action.  The document was served by the following method:

___✓___ **BY MAIL**.  By placing a true copy thereof enclosed in a sealed envelope addressed as set forth below.  I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business, with postage thereon fully prepaid at Newport Beach, California. On the date set forth above, I deposited the correspondence at Klein & Wilson LLP, 4770 Von Karman Avenue, Newport Beach, California, for deposit in the United States Postal Service.  The envelope was sealed and placed for collection and mailing on that date following our law firm's customary business practices.  I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

| | |
|---|---|
| Mr. Jay J. Chung | *Attorneys for Plaintiff Lamill Coffee, Inc.* |
| Ms. Amy S. Lee | |
| Lee Anav Chung White Kim | *Telephone: (213) 341-1602* |
| Ruger & Richter LLP | *Facsimile: (213) 402-8635* |
| 520 South Grand Avenue, Suite 1070 | *Email: jaychung@lacwkrr.com* |
| Los Angeles, CA 90071 | *amylee@lacwkrr.com* |

Executed on **July 28, 2026,** at Newport Beach, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Kimberly Stockton*
Kimberly Stockton

1192440

4                          2:26-cv-08026 MWC(BFMx)